DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JESSICA MARLETTE,

Appellant,

v.

ROXANNE M. CARULLO,

Appellee.

No. 2D2023-1958

———————————————

June 13, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Paul L. Huey, Judge.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for Appellant.

Townsend J. Belt of Anthony & Partners, LLC, Tampa, for Appellee.


PER CURIAM.

    This appeal is dismissed as moot.

KHOUZAM, BLACK, and MOE, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.